An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD PAUL JACKSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62558

**FILED**

SEP 18 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a motion to amend the judgment of conviction.[1] Third Judicial District Court, Lyon County; William Rogers, Judge.

In his motion filed on November 8, 2012, appellant sought additional presentence credit. Based upon our review of the record on appeal, we conclude that the district court did not err in denying the motion because a claim for presentence credit must be raised on direct appeal or in a post-conviction petition for a writ of habeas corpus filed in compliance with the procedural requirements of NRS chapter 34.[2] *See*

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

[2]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-27765

NRS 34.724(2)(b); NRS 34.738(1); *Griffin v. State*, 122 Nev. 737, 744, 137 P.3d 1165, 1169 (2006). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. William Rogers, District Judge
       Donald Paul Jackson
       Attorney General/Carson City
       Lyon County District Attorney
       Third District Court Clerk